## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-cv-23763-JLK

PHUKET THONGSODCHAREONDEE.

     Plaintiff,

v.

KING KONE FOOD, INC., a Florida
corporation, and PAUL B. LAIB, individually

     Defendants.

_____ /

## ORDER DENYING MOTION TO DISMISS, ORDERING 90-DAY JURISDICTIONAL DISCOVERY

THIS CAUSE comes before the Court upon Defendants' Motion to Dismiss (DE #6), filed December 10, 2010.  Defendants' motion is styled as a motion to dismiss or, in the alternative, a motion for summary judgment, and contends that Defendants cannot be liable under the Fair Labor Standards Act because 1) King Kone Food did not engage in interstate commerce; and 2) King Kone Food does not qualify as an enterprise under the FLSA.  In support, Defendants have attached certain financial statements from Defendant King Kone Food, as well as a sworn declaration of King Kone's owner, Paul Laib.  Plaintiff has since moved to strike or stay (DE #10) Defendants' motion as premature in the event the Court converts it into a motion for summary judgment.[1]

Upon consideration of the parties' filings and the legal arguments contained therein, the Court finds that Defendants' Motion to Dismiss must be denied.  The attached exhibits go beyond the four-cornered Complaint and are therefore inappropriate for consideration at the dismissal state.  Moreover, as Plaintiff has yet had no opportunity to conduct discovery,

---

[1] Plaintiff filed its Response (DE #9) on January 7, 2011.  Defendants then filed their Reply (DE #13) on January 18, 2011.  The matter has therefore been well briefed by the parties and is ripe for determination.

converting Defendants' motion into one for summary judgment would be premature. Therefore, in the interests of judicial efficiency and minimizing litigation costs for all litigants, the Court has determined that limited discovery into the applicability of the FLSA to Defendant King Kone's business would assist this Court in determining the propriety of this action.

Accordingly, it is **ORDERED**, **ADJUDGED** and **DECREED** that:

1. The parties shall have **90 days from the date of this Order** to conduct discovery relating to whether the jurisdictional requirements of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, are satisfied.

2. Defendants' Motion to Dismiss (DE #6) is **DENIED without prejudice** to renew upon completion of the 90-day discovery period.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of January, 2011.

HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:

**Counsel for Plaintiff**
**Fiorella Francesca Del Aguila**
10800 Biscayne Blvd., Ste 988
Miami, FL 33161
305-893-8989

**Puemsuk Tony Pornprinya**
10800 Biscayne Boulevard
Miami, FL 33161-7400
305-893-8989
Fax: 891-7717
Email: tony@miamidadelaw.net

**Counsel for Defendants**
**Joseph McLean Maus**
Joseph M. Maus, P.A.
901 East Atlantic Boulevard
Pompano Beach, FL 33060
954-784-6310
Fax: 784-6313
Email: jmaus@mauslawfirm.com